David K. Montgomery (SBN 120066)
JACKSON LEWIS P.C.
PNC Center, 26th Floor
201 E. Fifth Street
Cincinnati, Ohio 45202
David.montgomery@jacksonlewis.com
Telephone:  (513) 898-0050
Facsimile:  (513) 898-0051

Attorney for Defendant
CARDINAL HEALTH 200, LLC
d/b/a CARDINAL HEALTH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> CARDINAL HEALTH 200, LLC d/b/a CARDINAL HEALTH; HOWROYD-WRIGHT EMPLOYMENT AGENCY, INC. d/b/a APPLEONE EMPLOYMENT SERVICES; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.:  5:19-cv-00941-CBM-SHK <br><br> **NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS BY DEFENDANT CARDINAL HEALTH 200, LLC d/b/a CARDINAL HEALTH** <br><br> [Federal Rule of Civil Procedure 12(b)(6)] <br><br> Date: October 29, 2019 <br> Time: 10 A.M. <br> Courtroom: 8B <br><br> Complaint Filed: May 21, 2019 <br> Trial Date: None Scheduled |

TO THE HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, PLAINTIFF, DEFENDANTS, AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 29, 2019, at 10 A.M. or as soon thereafter as counsel may be heard in the above-referenced Court, Defendant Cardinal Health 200, LLC d/b/a Cardinal Health ("Cardinal Health"), will move the Court for an Order partially dismissing certain allegations in Plaintiff's Complaint because:

1. The EEOC is limited to bringing suit on claims for which there was a reasonable cause finding in the Letter of Determination, but has included in Paragraphs 45-47 of the Complaint claims

1

1  that were not in the Letter of Determination. The claims must be dismissed because there is no

2  relief that can be granted with respect to those allegations.

3        This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took

4  place on September 23, 2019. *See* Declaration by David K. Montgomery.

5  Date:

6

7                        JACKSON LEWIS P.C.

8

9        By:     */s/ David K. Montgomery*
              David K. Montgomery
              JACKSON LEWIS P.C.
10             PNC Center, 26th Floor
              201 E. Fifth Street
11             Cincinnati, Ohio 45202
              David.montgomery@jacksonlewis.com
12             Telephone:  (513) 898-0050
              Facsimile:  (513) 898-0051
13
              Attorney for Defendant
14             Cardinal Health 200, LLC
              d/b/a Cardinal Health
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**NOTICE OF MOTION AND PARTIAL MOTION TO DISMISS BY DEFENDANT CARDINAL HEALTH 200, LLC D/B/A CARDINAL HEALTH**