KENNETH P. ROBERTS (SBN 74955)
MICHAEL B. SMITH (SBN 136762)
RYAN P. TISH (SBN 274284)
KEVIN Y. KANOONI (SBN 292707)
K.P. ROBERTS & ASSOCIATES,
A PROFESSIONAL LAW CORPORATION
6355 Topanga Canyon Boulevard
Suite 403
Woodland Hills, CA 91367
Telephone: (818) 888-3553

Attorneys for Howroyd-Wright Employment Agency, Inc. dba AppleOne Employment Services

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH 200, LLC d/b/a CARDINAL HEALTH; HOWROYD-WRIGHT EMPLOYMENT AGENCY, INC. d/b/a APPLEONE EMPLOYMENT SERVICES; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-00941 CBM (SHKx)<br>Assigned to:<br>District Judge: Consuelo B. Marshall<br>Magistrate Judge: Shashi H. Kewalramani<br><br>DEFENDANT HOWROYD-WRIGHT EMPLOYMENT AGENCY, INC.'S NOTICE OF PARTIAL MOTION TO DISMISS AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)<br><br>Date:     November 19, 2019<br>Time:     10:00 a.m.<br>Location: Courtroom 8B<br><br>Complaint filed: May 21, 2019 |

1 **TO THE COURT, PLAINTIFFS, AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 19, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard in the above-referenced Court, Defendant Howroyd-Wright Employment Agency, Inc. ("AppleOne") will and hereby does move this Court, pursuant to rule 12(b)(6), Federal Rules of Civil Procedure, for an Order partially dismissing certain allegations in Plaintiff's Complaint. Additionally, AppleOne seeks an order dismissing Plaintiff's Complaint.

This motion is made on the grounds that Plaintiff has included claims in its Complaint (*See* Paragraphs 45-47 of the Complaint, Dkt. No. 1) which were not included in the Letter of Determination. The EEOC is limited to bringing suit on claims for which there was a reasonable cause finding in the Letter of Determination. The claims must be dismissed because there is no relief which can be granted with respect to those allegations.

This motion is also made on the grounds that, pursuant to *Caldwell v. Servicemaster Corporation* 966 F.Supp.33 (D.D.C. 1997) and *Mathieu v. Norrell Corp.* 115 Cal.App.4th 1174 (Cal. App. 2004), there have been no allegations made that AppleOne knew about or could have reasonably known discriminatory conduct was occurring. Under a joint employer liability theory against AppleOne, the employee must show that the agency knew or should have known of discriminatory conduct and that it failed to take those corrective measures within its control. The EEOC has failed to allege anywhere in the Complaint that AppleOne received notice or knew about discriminatory conduct **and** failed to take corrective measures within its control.

This motion is based upon this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, Declaration of Kevin Kanooni, [Proposed] Order Granting Defendant's Partial Motion to Dismiss and Motion to Dismiss, the Court's record of this action, all matters of which the Court may take

1 notice, and such documentary and oral evidence received by the Court at the
2 hearing on the motion.
3       This motion is made following teleconference and written communications
4 of counsel pursuant to L.R. 7-3. On October 2, 2019, Counsel for AppleOne
5 provided a draft version of this motion to Plaintiff's counsel and further authority
6 and grounds in which AppleOne seeks dismissal of the Complaint. On October 10,
7 2019, Plaintiff's counsel requested that AppleOne not file this motion and provided
8 authority supporting its request. AppleOne believes that it maintains a valid, legal
9 basis to bring its motion and disagrees with Plaintiff's analysis of its motion.

10
11 Dated: October 15, 2018          K.P. ROBERTS & ASSOCIATES, APLC
12
13                                   By: /s/ Kevin Y. Kanooni
14                                       Kevin Y. Kanooni
15                                       Attorneys for Defendant Howroyd Wright
16                                       Employment Agency, Inc.
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this date with a copy of the foregoing document via the court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first-class mail on this same date.

I declare under penalty of perjury under the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service is made.

Executed on October 15, 2019, at Woodland Hills, California.

CINDY L. HOFFMAN  
Type or Print Name

Signature

# PROOF OF SERVICE

STATE OF CALIFORNIA ]
] ss.
COUNTY OF LOS ANGELES ]

    I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 6355 Topanga Canyon Boulevard, Suite 403, Woodland Hills, CA 91367-2102.

    On October 15, 2019, I served the foregoing document described as DEFENDANT HOWROYD-WRIGHT EMPLOYMENT AGENCY, INC.'S PARTIAL MOTION TO DISMISS AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) on the interested parties in this action by placing "true copies" thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

Cesar J. Delperal
Sue J. Noh
Nakkisa Akhavan
U.S. Equal Employment
Opportunity Commission
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Tel: 213-894-1083; Fax: 213-894-1031
Email: lado.legal@eeoc.gov

David Montgomery
Jackson Lewis P.C.
PNC Center
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
David.Montgomery@jacksonlewis.com

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party

- 5 -
DEFENDANT HOWROYD-WRIGHT EMPLOYMENT AGENCY, INC.'S NOTICE OF
PARTIAL MOTION TO DISMISS AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)

served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare, under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on October 15, 2019, at Woodland Hills, California.

CINDY L. HOFFMAN  
Type or Print Name

*/s/ Cindy L. Hoffman*  
Signature