```
KENNETH P. ROBERTS (SBN 74955)
MICHAEL B. SMITH (SBN 136762)
RYAN P. TISH (SBN 274284)
KEVIN Y. KANOONI (SBN 292707)
K.P. ROBERTS & ASSOCIATES,
A PROFESSIONAL LAW CORPORATION
6355 Topanga Canyon Boulevard
Suite 403
Woodland Hills, CA 91367
Telephone: (818) 888-3553

Attorneys for Howroyd-Wright Employment
Agency, Inc. dba AppleOne Employment Services
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH 200, LLC d/b/a CARDINAL HEALTH; HOWROYD-WRIGHT EMPLOYMENT AGENCY, INC. d/b/a APPLEONE EMPLOYMENT SERVICES; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-00941 CBM (SHKx)<br>Assigned to:<br>District Judge: Consuelo B. Marshall<br>Magistrate Judge: Shashi H. Kewalramani<br><br>DEFENDANT HOWROYD-WRIGHT EMPLOYMENT AGENCY, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PARTIAL MOTION TO DISMISS AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)<br><br>Date:     November 19, 2019<br>Time:     10:00 a.m.<br>Location: Courtroom 8B<br><br>Complaint filed: May 21, 2019 |

**TO THE COURT, PLAINTIFF, AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Howroyd-Wright Employment Agency, Inc. ("AppleOne") by and through their attorneys of record, hereby request the Court take judicial notice, pursuant to Federal Rules of Evidence 201, of the following facts:

**No. 1:** Charging Parties Sequia Sims and Lisa Henry filed Charges of Discrimination with the EEOC alleging that they were subjected to unlawful discrimination, harassment and/or retaliation in relation to their temporary employment with AppleOne and placement at Cardinal Health. True and correct copies of the Charging Parties respective Charges of Discrimination are attached hereto as **Exhibits A** and **B**.

**No. 2:** The EEOC issued two Letters of Determination on behalf of the Charging Parties, dated June 4, 2018 in which the EEOC found reasonable cause to believe that AppleOne and Cardinal Health had violated Title VII with respect to Sims and Henry and a class of other individuals. The Letters of Determination do not contain any allegations regarding the Charging Parties receiving less favorable assignments, being passed over for favorable assignments, being denied cross-training, or being refused for consideration for full-time positions and/or being constructively discharged. True and Correct copies of the Letters of Determination issued on behalf of the Charging Parties are attached hereto as **Exhibit C** and **D**.

Dated: October 15, 2018            K.P. ROBERTS & ASSOCIATES, APLC

By: /s/ Kevin Y. Kanooni
    Kevin Y. Kanooni
    Attorneys for Defendant Howroyd Wright
    Employment Agency, Inc.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | 480-2017-03045 |

California Department Of Fair Employment & Housing _and EEOC_
_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Sequia Sims | (818) 912-4542 | 1983 |

Street Address: 25941 Baseline St. Apt. 79, San Bernardino, CA 92410

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| APPLEONE | 500 or More | (909) 532-8838 |

Street Address: 450 N. Mountain Ave, Upland, CA 91786

DISCRIMINATION BASED ON (Check appropriate box(es).)
[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-08-2016    Latest: 03-12-2017
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I began my employment with AppleOne in or about August 2016 and my last assignment was to Cardinal Health in Ontario, CA. From the onset of my contract with Cardinal Health I was subjected to harassment whereas Cardinal Health employees would refer to me, as well as other Black employees, as nigga's. On or about December 19, 2016 I discovered racially disparaging graffiti in the women's restroom to include comments such as but not limited to: comments that Black people stink; niggers stink up the aisles; and f--- niggers. On or about December 19, 2016 I notified both Evan (Last Name Unknown), White, Cardinal Health Supervisor, of the racial slurs and graffiti as well as an unidentified AppleOne employee, however nothing was done to fix the work environment. On or about January 30, 2017 I became aware that someone had graffitied the women's port-a-potty with a comment such as but not limited to: f--- all niggers. On or about March 12, 2017 I was informed by an unknown AppleOne employee that I was discharged from my contract at Cardinal Health. I have contacted AppleOne multiple times following my discharge from Cardinal Health, however, AppleOne has failed to assist me with finding a new contract for

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Sep 19, 2017
Date    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)


EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>480-2017-03045 |
|---|---|---|

California Department Of Fair Employment & Housing                      and EEOC
*State or local Agency, if any*

employment.

II. No reason was given to me for the harassment. No reason was given to me for discharge, however, I feel the discharge to be retaliatory for protesting the racial harassment.

III. I believe I have been discriminated against because of my race (Black), and subjected to retaliation for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

IV. I believe a class of individuals have need discriminated against and subjected to harassment because of their race (Black), in violation of Title VII of the Civil Rights Act of 1964, as amended.

---

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Sep 19, 2017<br>*Date*            *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency          GOVERNOR EDMUND G. BROWN JR.
**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                    DIRECTOR KEVIN KISH
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 | TDD 800-700-2320
www.dfeh.ca.gov | email: contact.center@dfeh.ca.gov

Ms. Jan Sizer                         EEOC Number    480-2017-03045C
Employee Relations Manager            Case Name      Sequia Sims
APPLEONE                              Filing Date    September 19, 2017
327 W. Broadway
Glendale, CA 91204

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH), a state agency, and the United States Equal Employment Opportunity Commission (EEOC), a federal agency. The complaint will be filed in accordance with California Government Code section 12960. The notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

## NOTICE TO COMPLAINANT OF RIGHT TO SUE

This letter is also your state Right to Sue notice. **This state Right to Sue Notice allows you to file a private lawsuit**. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice or, pursuant to Government Code section 12965, subdivision (d)(2), 90 days from receipt of the **federal** right-to-sue letter from the EEOC, whichever is later. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

Be advised, the DFEH does not retain case records beyond three years after a complaint is filed.

(Revised 11/2016)

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 480-2017-01096 |

**California Department Of Fair Employment & Housing** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Lisa Henry | (909) 319-3217 | 1972 |

| Street Address | City, State and ZIP Code |
|---|---|
| 731 N. Center Street, Ontario, CA 91764 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| APPLE ONE | 500 or More | (909) 532-8838 |

| Street Address | City, State and ZIP Code |
|---|---|
| 450 North Mountain Avenue, Upland, CA 91786 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-03-2016   Latest: 01-27-2017
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I began working for AppleOne on or about November 3, 2016. I was contracted to work for Cardinal Health as a Warehouse Worker. During my employment with Cardinal Health, I have been subjected to racial harassment in the form of racial slurs and racial graffiti. On a daily basis, I am subjected to the word nigger by Andrea Last Name Unknown, co-worker, Cardinal Health. On or about December 19, 2016, racial graffiti was found in the women's restroom. The graffiti made comments that Black people stink, niggers stink up the isles and f---niggers. I made management aware at Cardinal Health of the hostile work environment. On or about December 28, 2016, I complained to Roberta Last Name Unknown, Human Resources, AppleOne of the graffiti, the racial comments and my safety. Roberta suggested that I put something in writing. I told her I didn't feel comfortable working at Cardinal and she suggested that I go to work anyway to keep from getting attendance points used against me.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jan 27, 2017
Date — *Lisa Henry* — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EXHIBIT B

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 480-2017-01096 |

**California Department Of Fair Employment & Housing** and EEOC
*State or local Agency, if any*

Approximately for the pay periods of December 18, 2016 and January 15, 2017, I have not been paid for hours worked. For the pay period of December 18, 2016, I sent Cole Last Name Unknown, Supervisor, evidence of the discrepancy. Kim Last Name Unknown, Payroll was aware of the errors and assured me I would be paid immediately. To date, I have not been paid. ← *PAID HER EVEN THOUGH CLIENT DIDN'T CONFIRM SHE WORKED.*

II. No reason has been given for AppleOne's lack of any corrective action.

III. I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

**Received by EEOC: January 27, 2017**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Jan 27, 2017**<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
(213) 894-1000
TTY (213) 894-1121
FAX (213) 894-1118

Charge No.: 480-2017-01096

Lisa Henry                                        Charging Party
8756 Bald Eagle Drive
Eastvale, CA 92880-1057

Apple One                                         Respondent
450 North Mountain Avenue
Upland, CA 91786

## LETTER OF DETERMINATION

I issue the following determination as to the merits of this charge.

Respondent is an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000-e *et seq.* ("Title VII"). Timeliness and all other requirements for coverage have been met.

The Charging Party alleges that she along with a class of Black employees were subjected to discrimination and harassment and a hostile work environment while on assignment at Apple One's client, Cardinal Health, in violation of Title VII.

Respondent denies the allegations.

The Commission finds reasonable cause to believe that Respondent subjected Charging Party and a class of Black employees to discrimination and harassment and a hostile work environment while on assignment at Apple One's client, Cardinal Health, in violation of Title VII. The Commission further makes a like and related finding that there is reasonable cause to believe that Respondent violated Title VII by subjecting Charging Party and a class of Black employees to retaliation, including but not limited to discharge or constructive discharge.

Respondent is reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in EEOC investigations is also prohibited. These protections apply regardless of the EEOC's determination on the merits of the charge.

Section 706(b) of Title VII of the Civil Rights Act of 1964, as amended, requires that if the EEOC determines that there is reasonable cause to believe that the charge is true, it shall endeavor to eliminate the alleged unlawful practices by informal methods of conference, conciliation, and persuasion.



EXHIBIT C

Letter of Determination
Charge Number: 480-2017-01096
Page 2 of 2 Pages

Having determined that there is reason to believe that a violation occurred, the Commission now invites the parties to join with it in a collective effort toward a just resolution of this matter. If the Respondent declines to enter into settlement discussions, or when, for any other reason, a settlement acceptable to the Director is not obtained, the Director will inform the parties in writing and advise them of the court enforcement alternatives available to the Charging Party, aggrieved persons and the Commission.

Investigator Diana Franklin will be contacting you shortly regarding conciliation discussions. You can contact Diana Franklin at (213) 894-1056.

On Behalf of the Commission:

_6/4/2018_
Date

_signature_
Rosa Viramontes, District Director
Los Angeles District Office



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 E. Temple Street, 4th Floor
Los Angeles, CA 90012
(213) 894-1000
TTY (213) 894-1121
FAX (213) 894-1118

Charge No.: 480-2017-03045

Sequia Sims       Charging Party
25941 Baseline Street, Apt. 79
San Bernardino, CA 92410

Apple One      Respondent
450 North Mountain Avenue
Upland, CA 91786

## LETTER OF DETERMINATION

I issue the following determination as to the merits of this charge.

Respondent is an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000-e *et.seq.* ("Title VII"). Timeliness and all other requirements for coverage have been met.

The Charging Party alleges that she along with a class of Black employees were subjected to discrimination, harassment and a hostile work environment while on assignment at Apple One's client, Cardinal Health, because of their race, Black, in violation of Title VII. Charging Party further alleges that she was retaliated against and discharged in violation of Title VII.

Respondent denies the allegations.

The Commission finds reasonable cause to believe that Respondent subjected Charging Party and a class of Black employees to discrimination, harassment and a hostile work environment while on assignment at Apple One's client, Cardinal Health, in violation of Title VII. The Commission also finds reasonable cause to believe that Respondent violated Title VII by subjecting Charging Party to retaliation, including but not limited to discharge. The Commission also makes a like and related finding that there is reasonable cause to believe Respondent violated Title VII by subjecting other Black employees to retaliation, including but not limited to discharge or constructive discharge.

Respondent is reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in EEOC investigations is also prohibited. These protections apply regardless of the EEOC's determination on the merits of the charge.

**EXHIBIT D**

Letter of Determination
Charge Number: 480-2017-03045
Page 2 of 2 Pages

Section 706(b) of Title VII of the Civil Rights Act of 1964, as amended, requires that if the EEOC determines that there is reasonable cause to believe that the charge is true, it shall endeavor to eliminate the alleged unlawful practices by informal methods of conference, conciliation, and persuasion.

Having determined that there is reason to believe that a violation occurred, the Commission now invites the parties to join with it in a collective effort toward a just resolution of this matter. If the Respondent declines to enter into settlement discussions, or when, for any other reason, a settlement acceptable to the Director is not obtained, the Director will inform the parties in writing and advise them of the court enforcement alternatives available to the Charging Party, aggrieved persons and the Commission.

Investigator Diana Franklin will be contacting you shortly regarding conciliation discussions. You can contact Diana Franklin at (213) 894-1056.

On Behalf of the Commission:

6/4/2018
Date

_CY for_
Rosa Viramontes, District Director
Los Angeles District Office

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this date with a copy of the foregoing document via the court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first-class mail on this same date.

I declare under penalty of perjury under the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service is made.

Executed on October 15, 2019, at Woodland Hills, California.

CINDY L. HOFFMAN
Type or Print Name

*[Signature]*
Signature

# PROOF OF SERVICE

STATE OF CALIFORNIA      ]
                          ] ss.
COUNTY OF LOS ANGELES    ]

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 6355 Topanga Canyon Boulevard, Suite 403, Woodland Hills, CA 91367-2102.

On October 15, 2019, I served the foregoing document described as DEFENDANT HOWROYD-WRIGHT EMPLOYMENT AGENCY, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PARTIAL MOTION TO DISMISS AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) on the interested parties in this action by placing "true copies" thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as follows:

Cesar J. Delperal
Sue J. Noh
Nakkisa Akhavan
U.S. Equal Employment Opportunity Commission
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Tel: 213-894-1083; Fax: 213-894-1031
Email: lado.legal@eeoc.gov

David Montgomery
Jackson Lewis P.C.
PNC Center
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
David.Montgomery@jacksonlewis.com

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party

served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare, under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on October 15, 2019, at Woodland Hills, California.

CINDY L. HOFFMAN                    _____
Type or Print Name                   Signature

- 5 -
DEFENDANT HOWROYD-WRIGHT'S REQUEST FOR JUDICIAL NOTICE ISO PARTIAL MOTION TO DISMISS AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)